AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ALBERTO VELASQUEZ-MENDEZ,<br><br>Defendant(s) | Case No. 20-mj-8416-DLB<br><br>FILED BY ____SP____ D.C.<br>Dec 16, 2020<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - West Palm Beach |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 13, 2020,__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Task Force Officer, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1, this __16th__ day of December 2020.

Date: December 16, 2020

_____
Judge's signature

City and state: West Palm Beach, FL

Dave Lee Brannon, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and am also a Deportation Officer with Immigration and Customs Enforcement, and have been so employed for over seventeen years. I am currently assigned to HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Alberto VELASQUEZ-MENDEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 13, 2020, Alberto VELASQUEZ-MENDEZ was arrested in Palm Beach County, Florida on charges of simple battery, criminal mischief, and outstanding warrant for appearance to answer charges of battery (domestic) and culpable negligence (expose to injury). He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Alberto VELASQUEZ-MENDEZ.

4. A review of the immigration alien file assigned to Alberto VELASQUEZ-MENDEZ shows that he is a native and citizen of Guatemala. Records further show that on or about May 15, 2016, Alberto VELASQUEZ-MENDEZ was ordered removed. The Order of Removal was executed on or about May 17, 2016, whereby Alberto VELASQUEZ-MENDEZ was removed from the United States and returned to Guatemala.

5. On or about December 14, 2020, your affiant took a sworn statement from Alberto VELASQUEZ-MENDEZ. Post-*Miranda*, Alberto VELASQUEZ-MENDEZ admitted to being citizen of Guatemala. He further admitted to last entering into the United States illegally four years ago, after being previously removed from the United States in 2016. Alberto VELASQUEZ-MENDEZ further admitted that he did not seek permission from the U.S. government to re-enter the United States.

6. I scanned Alberto VELASQUEZ-MENDEZ's fingerprints taken in connection with his December 13, 2020 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Alberto VELASQUEZ-MENDEZ.

7. I performed a record check in the Computer Linked Application Informational Management System to determine if Alberto VELASQUEZ-MENDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Alberto

VELASQUEZ-MENDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 13, 2020, Alberto VELASQUEZ-MENDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1, this __16th__ day of December 2020.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** ALBERTO VELASQUEZ-MENDEZ

**Case No:** 20-mj-8416-DLB

Count #: 1

   Illegal re-entry after removal

   8 U.S.C. § 1326(a)

**\* Max.Penalty:**   up to 2 years of imprisonment; 1 year of supervised release; a $250,000 fine, and a mandatory $100 special assessment

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-mj-8416-DLB

**UNITED STATES OF AMERICA**

vs.

**ALBERTO VELASQUEZ-MENDEZ,**

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  Yes ___ No _X_

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___ No _X_

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___ No _X_

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Susan Osb_____

Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003